THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-199-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| IVO KIRILOV ATANASOV, | |
| Defendant. | |

THE COURT has considered Defendant's unopposed motion to continue the pretrial motions deadline and all the records in this case.

Finding good cause, IT IS ORDERED that Defendant's unopposed motion (Dkt. # 19) is GRANTED. The due date for the filing of all pretrial motions, including motions in limine, is extended from August 2, 2021, to August 9, 2021.

DATED this 3rd day of August, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE
PRETRIAL MOTIONS DEADLINE
(*United States v. Atanasov*, CR20-199-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100