THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR20-199-RAJ |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | MOTION TO SEAL SUPPLEMENT |
| IVO KIRILOV ATANASOV, ) | |
| Defendant. ) | |

THIS MATTER comes before the undersigned on the motion to seal the Supplement to Unopposed Motion to Continue Trial. The Court has considered the motion and records in this case and finds there are compelling reasons to file the supplement under seal.

IT IS ORDERED that the Supplement to Unopposed Motion to Continue Trial be filed under seal.

DATED this 22nd day of November 2021.

*Richard A. Jones*
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL SUPPLEMENT
(*United States v. Atanasov*, CR20-199-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100