Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>IVO KIRILOV ATANASOV,<br><br>Defendant. | NO. CR20-199 RAJ<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to IVO KIRILOV ATANASOV.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case as to this Defendant are dismissed, without prejudice.

DATED this 22nd day of November, 2021.

*[signature: Richard A. Jones]*

RICHARD A. JONES
United States District Judge

ORDER OF DISMISSAL - 1
*United States v. Atanasov*, CR20-199 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970